```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
CRUMWELL,                                                       :
                                                                :
                         Plaintiff,                             :
                                                                :          21-cv-8306 (LJL)
        -v-                                                     :
                                                                :              ORDER
CONTEMPORARY RTW CO. LLC,                                       :
                                                                :
                         Defendant.                             :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice. The parties may reopen the case, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

     SO ORDERED.

Dated: November 12, 2021
       New York, New York
                                            LEWIS J. LIMAN
                                          United States District Judge